IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. TAREK NESSOULI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07CV888-SRW |
| | ) |
| ATTENTUS EUFAULA, L.L.C, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon review of plaintiff's motion for leave to amend the complaint (filed in state court prior to removal), it is

ORDERED that the motion is GRANTED. Plaintiff is DIRECTED to file, on or before October 22, 2007, a first amended complaint which includes all of his claims against the sole remaining defendant and does not incorporate any previous pleadings by reference.

It is further ORDERED that the Clerk is DIRECTED to strike defendant's answer to amended complaint (Doc. # 1), which was filed before plaintiff was granted leave to amend the complaint. Defendant may file an amended answer within ten days after plaintiff files the first amended complaint required by this order.

DONE, this 16th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE