**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **DR. TAREK NESSOULI,** | ) | **Plaintiff Demands Trial By** |
| | ) | **Struck Jury** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.:** |
| | ) | **2:07-CV-888-SRW** |
| **ATTENTUS EUFAULA, LLC, d/b/a** | ) | |
| **LAKEVIEW COMMUNITY** | ) | |
| **HOSPITAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

**COMES NOW** the Plaintiff, Dr. Tarek Nessouli, and files this his first amendment to his original complaint. Plaintiff realleges and incorporates by reference all the allegations in his original complaint.

**I.   JURISDICTION & VENUE**

1. This court's jurisdiction is invoked pursuant to its general jurisdiction over disputes arising within Barbour County, Alabama.

2. The Physician's Employment Agreement was entered into in Barbour County and the unlawful actions on the part of the Defendants were committed within Barbour County, Alabama. The Plaintiff, Dr. Tarek Nessouli, entered into his contract with the Defendant concerning his medical practice in Barbour County, Alabama.

## II.  PARTIES

3.  Plaintiff, Dr. Tarek Nessouli, was born in Lebanon and is of Arabic descent. Dr. Nessouli entered into an employment agreement with Attentus Eufaula, LLC. The terms of the employment agreement included a provision whereby if Nessouli's employment agreement was not renewed, the Defendant Attentus Eufaula, LLC, would pay for his malpractice tail coverage.

4.  Plaintiff Nessouli has been forced to pay approximately $50,000.00 because Attentus has refused to pay his malpractice coverage.  Attentus paid for Nessouli's malpractice coverage while he was employed with Attentus prior to his being non-renewed. Attentus never objected to Nessouli's malpractice coverage until its decision, so this conduct amounts to a voluntary waiver.    Attentus has paid for the tail coverage for other, Non-Arabic physicians.

5.  Plaintiff Nessouli alleges as a cause of action, race discrimination, based on his race (Arabic), pursuant to 42 U.S.C. §1981, which precludes racial discrimination in the making and enforcement of contracts, including employment contracts. Nessouli alleges that the Defendant Attentus Eufaula, LLC has discriminated against him on the basis of his race, Arabic, as well as his ethnicity.  Plaintiff Nessouli brings this claim pursuant to *St. Francis College, et al. v. Al-Khazragi*, 481 US 604 (1987).  Nessouli alleges that the Defendant Attentus has discriminated against him on the basis of his race in the terms and conditions of his employment, including not advising him that Attentus was not renewing its agreement with him, while confirming his income to his mortgage holder, so that he purchased a second

home shortly before he was advised his contract would not be renewed. Plaintiff alleges he was treated differently in the terms and conditions of his employment than other non-Arabic physicians.

### III. PRAYER FOR RELIEF

WHEREFORE, premises considered, Plaintiff respectfully prays that this Court assume jurisdiction of this amended complaint and after trial provide appropriate relief as follows:

a)   Issue a declaratory judgment that the employment policies, practices, procedures, conditions and customs of the Defendant are in violation of 42 U.S.C.§1981, a statute which prohibits employers from discriminating against individuals on the basis of their race in the making and enforcement of contracts.

b)   Grant the Plaintiff a permanent injunction enjoining Defendant, its agents, successors, employees, attorneys and those acting in concert with the Defendant and/or at the Defendant's request from continuing to violate 42 U.S.C. §1981.

c)   Enter an order requiring the Defendant to make the Plaintiff whole by awarding the Plaintiff such back-pay, compensatory and punitive damages, and/or reinstatement to the position Plaintiff would have occupied if Defendant had not discriminated against him because of his race.

d)   Plaintiff further prays for such other and further relief and benefits as the cause of justice may require, including but not limited to an award of costs, attorneys' fees, and expenses incurred in this litigation.

**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY**

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
3765 Kinross Drive
P.O. Box 380487
Birmingham, Alabama 35238
Telephone:   (205) 981-3906
Fax:         (205) 981-3908
E-mail: **jdratty@charter.net**
        **tlbaker@charter.net**

**OF COUNSEL:**

Albert H. Adams, Jr. (ADA-058)
Law Office of Albert H. Adams, Jr., P.C.
520 South Eufaula Avenue, Suite E
Post Office Box 670
Eufaula, AL  36072-0670
Telephone: (334) 687-1326
Facsimile: (866) 910-9989
E-mail: albertadamslaw@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Constance Walker, Esq.
Attorney for Defendant Attentus Eufaula, LLC
HASKELL, SLAUGHTER, YOUNG & GALLION, LLC
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama 36103


Jim S. Calton
Attorney for Defendant Attentus Eufaula, LLC
CALTON & CALTON
226 East Broad Street
Post Office box 895
Eufaula, Alabama 36027-0895

                                                  s/Jerry Roberson
                                                  Jerry Roberson (ROB010)