IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. TAREK NESSOULI,        ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.                               ) | CIVIL ACTION NO. 2:07CV888-SRW |
| ) | |
| ATTENTUS EUFAULA, L.L.C,  ) | |
| ) | |
| Defendant.      ) | |

## **ORDER**

Upon consideration of the amended complaint filed by plaintiff on October 16, 2007, it is

ORDERED that the Clerk is DIRECTED to strike the amended complaint (Doc. # 4) from the record. Because it incorporates a previous pleading by reference, the amended complaint does not comply with the order entered by the court allowing the amendment (Doc. # 3).

DONE, this 17th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE