**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| **DR. TAREK NESSOULI,** | ) ) ) ) | |
| Plaintiff, | ) ) | **Civil Action No.:** **2:07-CV-888-SRW** |
| v. | ) ) ) | |
| **ATTENTUS EUFAULA, LLC, d/b/a** **LAKEVIEW COMMUNITY** **HOSPITAL,** | ) ) ) ) | |
| Defendant. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW **Dr. Tarek Nessouli, a <u>Plaintiff</u>** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[x] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>October 17, 2007</u>        s/Jerry Roberson (ROB010)
         Date          Counsel for Plaintiff Dr. Tarek Nessouli
                    Roberson & Roberson
                    P.O. Box 380487
                    Birmingham, Alabama 35238
                    Telephone:  (205) 981-3906
                    Fax:      (205) 981-3908
                    E-mail**:** **jdratty@charter.net**
                          **tlbaker@charter.net**

**OF COUNSEL:**

Albert H. Adams, Jr. (ADA-058)
Law Office of Albert H. Adams, Jr., P.C.
520 South Eufaula Avenue, Suite E
Post Office Box 670
Eufaula, AL  36072-0670
Telephone: (334) 687-1326
Facsimile: (866) 910-9989
E-mail: albertadamslaw@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Constance Walker, Esq.
Attorney for Defendant Attentus Eufaula, LLC
HASKELL, SLAUGHTER, YOUNG & GALLION, LLC
305 South Lawrence Street
P.O. Box 4660
Montgomery, Alabama 36103


Jim S. Calton
Attorney for Defendant Attentus Eufaula, LLC
CALTON & CALTON
226 East Broad Street
Post Office box 895
Eufaula, Alabama 36027-0895


                s/Jerry Roberson
                Jerry Roberson (ROB010)