IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Dr. Tarek Nessouli,  )
         )
  Plaintiff,     )
         )
v.         ) CASE NO. 2:07cv888
         )
Attentus Eufaula, LLC,  )
         )
  Defendants,    )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Attentus Eufaula, LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| See Attached | |
| | |
| | |

11/1/2007
Date

/s/Constance C. Walker
(Signature)

Constance C. Walker (ASB-5510-L66C)
(Counsel's Name)

Attentus Eufaula, LLC
Counsel for (print names of all parties)

Haskell Slaughter Young & Gallion, LLC
Post Office Box 4660, Montgomery, Alabama 36103-4660
Address, City, State Zip Code

334-265-8573
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Constance C. Walker_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail and U. S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __1st_____day of __November_____ 20__07_, to:

Jerry Roberson, Roberson & Roberson, 8 Office Park Circle, Suite 150, Birmingham, AL  35223

Albert H. Adams, Jr., Russell Irby Law Firm, 257 W. Broad St., Eufaula, AL 35017-0910

| | |
|---|---|
| 11/1/2007 | /s/Constance C. Walker |
| Date | Signature |

| | |
|---|---|
| Attentus Healthcare Company | Parent Company, Member and Manager |
| Attentus Moulton, LLC | Affiliate |
| Attentus Bonham, LP | Affiliate |
| Attentus of Scott County, LLC | Affiliate |
| Attentus Troy, LLC | Affiliate |