**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 13, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Nessouli v. Attentus Eufaula, L.L.C.
Civil Action No. 2:07-cv-00888-SRW

The above-styled case has been reassigned to Judge William Keith Watkins.

Please note that the case number is now 2:07-cv-00888-WKW.  This new case number should be used on all future correspondence and pleadings in this action.