# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DR. TAREK NESSOULI,** | ] |
| **Plaintiff,** | ] |
| vs. | ]   2:07-cv-888-WKW |
| **ATTENTUS EUFAULA, L.L.C., d/b/a LAKEVIEW COMMUNITY HOSPITAL; and EUFAULA CLINIC CORPORATION,** | ] |
| **Defendants.** | ] |

## REPORT OF RULE 26(f) PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held between counsel for the parties on the 26th day of November, 2007, via telephone, and now the parties submit the following report of the meeting to the Court for its consideration.

1. The meeting was attended by:

    a. Jerry D. Roberson, attorney for the Plaintiff Tarek Nessouli;

    b. Constance C. Walker, attorney for the Defendant Attentus Healthcare Eufaula.

2. Pre-discovery disclosures: The parties will exchange by December 15, 2007, the information required by Local Rule 26.1(a)(1).

3. Discovery Plan: The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: All matters raised in the Complaint, as amended, and any Answer thereto;

    b. All discovery commenced in time to be completed by August 20, 2008;

28484

1

    c. Maximum of 40 interrogatories by each party to any other; responses due 30 days after service;

    d. Maximum of 80 requests for production by each party to any party. Responses due 30 days after service;

    e. Maximum of 30 requests for admission by each party to any party. Responses due 30 days after service;

    f. Maximum of 10 depositions by Plaintiff and 10 depositions by Defendant unless otherwise agreed to by the parties;

    g. Each deposition, other than that of the parties, limited to a maximum of 7 hours, unless otherwise agreed to by the parties; parties' depositions limited to a maximum of 8 hours unless otherwise agreed to by the parties;

    h. Reports from retained experts under Rule 16(a)(2) due:

      i. from Plaintiff by April 20, 2008;

      ii. from Defendant by May 20, 2008;

    i. Supplementation under Rule 16(e) due June 20, 2008.

  4. Other matters:

    a. The parties do not request a conference with the Court before entry of the Scheduling Order;

    b. Plaintiff should be allowed until February 20, 2008 to join additional parties and until February 20, 2008 to amend the pleadings;

    c Defendant should be allowed until March 20, 2008 to join additional parties and until March 20, 2008 to amend the pleadings;

    d. All potentially dispositive motions should be filed by June 20, 2008;

    e.    Settlement cannot be realistically evaluated prior to September 20, 2008;

    f.    The parties request a final pretrial conference on September 20, 2008;

    g.    Final lists of witnesses and exhibits under Rule 26(a)(3) due:

        i.    from Plaintiff: 30 days before trial; and

        ii.    from Defendant: 30 days before trial.

    h.    The parties should have until no less than 14 days prior to trial to file objections to witnesses and exhibits under Rule 26(a)(3);

    i.    The case should be ready for trial by October 20, 2008 and is to take approximately two days. The parties do not request ADR at this time. The positions of the parties may change over the coming weeks or months. The parties will inform the Court in a timely manner as to any change in either of their respective positions regarding ADR.

Respectfully submitted this the 6th day of December, 2007.

          /s/Constance C. Walker
        Constance C. Walker (ASB-5510-L66C)
        Attorney for Defendant Attentus Eufaula, LLC

**OF COUNSEL:**

**HASKELL SLAUGHTER & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

          /s/Jerry D. Roberson
        Jerry D. Roberson (ASB-8283-O71J)
        Attorney for Plaintiff Tarek Nessouli

**OF COUNSEL:**

**ROBERSON & ROBERSON**
Post Office Box 280487
Birmingham, Alabama 35238-0487
(205) 981-3906
(205) 981-3908 Fax

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 6th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the **CM/ECF** system that will send notification of such filing to the following counsel:

Jerry D. Roberson
Robertson & Roberson
Post Office Box 380487
Birmingham, Alabama  35238-0487

Albert H. Adams, Jr.
Law Office of Albert H.Adams,  Jr.
Post Office Box 670
Eufaula, Alabama  36072-0670

            ___/s/Constance C. Walker
            OF COUNSEL