**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DR. TAREK NESSOULI,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| vs. | ]    2:07-cv-888-WKW |
| | ] |
| **ATTENTUS EUFAULA, L.L.C., d/b/a** | ] |
| **LAKEVIEW COMMUNITY** | ] |
| **HOSPITAL; and EUFAULA CLINIC** | ] |
| **CORPORATION,** | ] |
| | ] |
| **Defendants.** | ] |

NOTICE OF APPEARANCE

The undersigned Jesse P. Evans III gives notice of his appearance as counsel for and requests that any notices, orders or other papers filed or entered in this action be served on him as well as other counsel.

        /s/ *Jesse P. Evans, III*
Jesse P. Evans III (ASB-9759-V85J)
Constance C. Walker (ASB-5510-L66C)
Jim S. Calton, Jr. (ASB-0968-L66J)
Attorneys for Defendant Attentus Eufaula, LLC

**OF COUNSEL:**

Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
(205) 251-1000
(205) 324-1133 Fax

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax


**OF COUNSEL:**

**CALTON & CALTON**
Post Office Box 895
Eufaula, Alabama  36072
(334) 687-3563
(334) 687-3564 Fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the 11th day of March, 2008, addressed as follows:

Jerry Roberson, Esq.
Roberson & Roberson
Post Office Box 380487
Birmingham, Alabama 35238-0487

Albert H. Adams, Jr., Esq.
Russell Irby Law Firm
257 West Broad Street
Eufaula, Alabama 36027-0910

Jim S. Calton, Jr., Esq.
Calton & Calton
Post Office Box 895
Eufaula, Alabama  36072

                                                 *s/ Jesse P. Evans, III*
                                                 Of Counsel

521015