# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **DR. TAREK NESSOULI,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **vs.** | ] | **2:07-cv-888-WKW** |
| | ] | |
| **ATTENTUS EUFAULA, L.L.C., d/b/a** | ] | |
| **LAKEVIEW COMMUNITY** | ] | |
| **HOSPITAL; and EUFAULA CLINIC** | ] | |
| **CORPORATION,** | ] | |
| | ] | |
| **Defendants.** | ] | |

## JOINT STIPULATION FOR DISMISSAL

COMES NOW the parties, by and through their counsel, and by stipulation and agreement, hereby move this Honorable Court to dismiss the above-referenced matter with prejudice, the parties to bear their own costs.

Respectfully submitted this the 8th day of April, 2008.

/s/*Jerry D. Roberson*
Jerry D. Roberson (ASB-8283-O71J)
Attorney for the Plaintiff Dr. Tarek Nessouli

**OF COUNSEL:**

**ROBERSON & ROBERSON**
Post Office Box 380487
Birmingham, Alabama  35226
(205) 981-3906
(205) 981-3908 Facsimile

_____/s/*Constance C. Walker*_____
Constance C. Walker (ASB-5510-L66C)
**Attorney for the Defendant Attentus Eufaula, LLC**

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
Post Office Box 4660
Montgomery, Alabama 36103-4660
Telephone:  (334) 265-8573
Facsimile:  (334) 264-7945

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel:

Jerry D. Roberson
Roberson & Roberson
Post Office Box 380487
Birmingham, Alabama  35226

                                    ___/s/*Constance C. Walker*
                                    OF COUNSEL

32261